# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE NOVASAK** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NANCY ANN BERRYHILL**, Acting | : | |
| Comm. Social Security Administration | : | **NO. 17-5109** |

## ORDER

**NOW**, this 14th day of August, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 11), the defendant's response (Document No. 14), the Report and Recommendation of United States Magistrate Judge Jacob P. Hart (Document No. 16) , the Defendant's Objections to the Report and Recommendation (Document No. 17), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The defendant's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. To the extent the plaintiff seeks remand, the request for review is **GRANTED**;

4. The matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. §405(g), for the taking of additional evidence from a medical expert regarding the plaintiff's use of her upper extremities.

/s/TIMOTHY J. SAVAGE